## NORTH BRITISH & M. INS. CO. v. COHN.

The decision rendered in this case, and which was among the advance sheets of volume 9, Circuit Decisions, in the Ohio Legal News of June 15, 1899, volume 6, number 21, was suppressed by order of the judges. We have since received some inquires concerning the case and we are now authorized by the court to say that upon further consideration they came to a different conclusion from the one announced in the opinion and that it is not authority and should not have been published. —ED. OHIO DECISIONS.

## JUDGMENTS.

[Jefferson Circuit Court, December 7, 1896.]

## RAUGH BROS. & CO. v. ACKNOVITCH.

TRANSCRIPTS FROM JUSTICE COURT EQUAL IN PRIORITY TO COMMON PLEAS JUDGMENTS.

A transcript of a judgment of a justice of the peace, which is filed in the court of common pleas, has the same effect as a judgment rendered in that court at the same term, and executions issued on such judgments are equal in priority.

HEARD ON ERROR.

*Cook*, for plaintiffs.
*P. P. Lewis*, for I. Levi & Co.

LAUBIE, J. (Memorandum.)

A transcript from a justice's court filed in the common pleas court, during the term, has the same effect as a judgment rendered in that court during the same term, and executions issued upon such judgments are equal in priority.

The plaintiffs and A. B. Acknovitch and Moses Esakovitch, creditors of Jos. Acknovitch, took *cognovit* judgments to about $3,000 in the court of common pleas at its January term, 1895. I. Levi & Co:, Philadelphia creditors, took judgment before a justice of the peace for $200, filed transcript with clerk of court, and issued execution therefrom to the sheriff, who levied on the same stock of goods as on the execution on the judgment in the common pleas rendered at the same term of court. And Levi & Co. claimed, by reason thereof, that they were entitled to their *pro rata* share of the proceeds of sale of stock sold, the same not being sufficient to pay all the judgments in full. The contention was that the judgments did not stand on equal footing, being taken in diffent courts. See Secs. 5377, 5379, 5382, Rev. Stat.

Judgment affirmed.